No. 89–5504.  FREIBERG *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 89–5505.  CHAIRES *v.* TEXAS.  Ct. App. Tex., 3d Dist. Certiorari denied.

No. 89–5506.  HAKIM *v.* DEPARTMENT OF CIVIL RIGHTS ET AL. Ct. App. Mich.  Certiorari denied.

No. 89–5509.  THOMPSON *v.* COLLINS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 89–5516.  FIGUEROA ET AL. *v.* CHARLES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5517.  BYRD *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5518.  WHITE *v.* SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–5520.  RIVERS *v.* TURNER, SUPERINTENDENT, GLADES CORRECTIONAL INSTITUTION.  C. A. 11th Cir.  Certiorari denied.

No. 89–5521.  STUBBINS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5522.  OLIM *v.* SEARS, ROEBUCK & CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–5524.  WILLOUGHBY *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 89–5526.  LINTICUM *v.* DAVIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 89–5528.  BROOKS *v.* JOHNSON & JOHNSON, INC.  C. A. 3d Cir.  Certiorari denied.

No. 89–5529.  FRANCO *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.